

# Fourth Court of Appeals
## San Antonio, Texas

April 1, 2021

No. 04-20-00589-CV

**IN RE** Eloise and Ruben **GUZMAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
                  Luz Elena D. Chapa, Justice
                  Irene Rios, Justice

On December 7, 2020 relators filed a petition for writ of mandamus. On February 17, 2021, we conditionally granted the petition. On March 2, 2021, real party in interest filed a "Motion for Emergency Stay and for Rehearing" asking this court to withdraw our order conditionally granting the petition for writ of mandamus, order the trial court to stay its proceedings, and grant her motion for rehearing. On March 3, 2021, we granted real party in interest's motion for stay, ordered the trial court proceedings to be stayed pending our disposition of the real party in interest's motion for rehearing, and asked relators to file a response by March 18, 2021. No response has been filed.

Accordingly, we **GRANT** real party in interest's motion for rehearing, withdraw our February 17, 2021 opinion and order and **ORDER** that the respondent and real party in interest may file a response to the petition in this court within seven days of this order. Any such response must conform to Texas Rule of Appellate Procedure 52.4. The trial court proceedings will continue to be **STAYED** pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on April 1, 2021.

_____
Rebeca C. Martinez, Chief Justice

---

[1] This proceeding arises out of Cause No. 2020-CV-0212, styled *Ruben Guzman and Eloise Guzman v. Mary A. Derrick and All Other Occupants*, pending in the County Court, Guadalupe County, Texas, the Honorable Bill Squires presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of April, 2021.



MICHAEL A. CRUZ, Clerk of Court